# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Ashli Peoples**, *Administrator of the Estate of Damere M. Crockett, deceased,*

    Plaintiff,

v.

**Brett L. Posey,** *et al.*,

    Defendants.

Case No: 2:23-cv-524

Judge Graham

Magistrate Judge Vascura

## ORDER

This matter is before the Court for consideration of the June 7, 2023 Report and Recommendation, in which the Magistrate Judge recommended that the Court dismiss Defendants identified as "John Does # 1-25" from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 12.)

The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and…a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id.*) The period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. (ECF No. 12.) Accordingly, Defendants "John Does # 1-25" are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m).

    **IT IS SO ORDERED.**

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge

DATE: July 18, 2023